# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANDRICKA WILLIAMS O/B/O OF
MINOR CHILDREN, ALTON
STERLING, JR., JOURNEE
WILLIAMS AND JOSIAH
WILLIAMS; QUINYETTA
MCMILLION O/B/O MINOR CHILD
CAMERON STERLING; KIMBERLY
PIERSON O/B/O MINOR CHILD
NA'QUINCY PIERSON

VERSUS

THE CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE,
THE BATON ROUGE POLICE
DEPARTMENT, OFFICER BLAINE
SALAMONI, OFFICER HOWIE
LAKE, CHIEF OF POLICE CARL
DABADIE, JR. AND XYZ
INSURANCE COMPANY

NO.   2019 CW 1318

JAN 0 6 2020

---

In Re:    Blane Salamoni, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 659090.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

*Renul Reed*

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.